AO245B    Judgment in a Criminal Case for Revocation (Rev. 06/05)
         Sheet 1

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>STEVE WILSON, JR.<br>(Defendant's Name) | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number:<br><br>USM Number: 1:98CR10022-01<br><br>William Yarbrough<br>Defendant's Attorney |

## THE DEFENDANT:

[✓]   admitted guilt to violation of conditions Mandatory Condition Numbers 2 and 3, and Special Condition #6 of the term of supervision.

The defendant is guilty of these violations;

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| See next page. | | |

   The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

05/28/08
Date of Imposition of Sentence

Signature of Judicial Officer

DEE D. DRELL, United States District Judge
Name & Title of Judicial Officer

5/29/08
Date

COPY SENT:
DATE: 5/29/08
BY: mel
TO: USP, USM

AO245B Judgment in a Criminal Case for Revocation (Rev. 8/01)
Sheet I

Judgment - Page 2 of 3

CASE NUMBER: 1:98CR10022-01
DEFENDANT: Steve Wilson, Jr.

# VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Mandatory Condition #2 | Committed a state crime | 02/01/06 |
| Mandatory Condition #3 | Possession of a controlled substance | 02/01/06 |
| Special Condition #6 | Did not notify probation officer of change in residence or employment | 12/2006 and 7/2007 |

AO245B   Judgement in a Criminal Case (Rev. 06/05)
        Sheet 2 — Imprisonment

DEFENDANT:     STEVE WILSON, JR.
CASE NUMBER:

Judgment - Page 3 of 3

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **twenty-four (24) months**.

[✓]   The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on_____ to _____
at _____, with a certified copy of this judgment.

                                                       _____
                                                       UNITED STATES MARSHAL

                                                       By _____
                                                       DEPUTY UNITED STATES MARSHAL